# EXHIBIT H

MGC    Document 695-6    Entered on FLSD Docket 12/01













