Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here

FILED

08 JAN -8 AM 10: 03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Jose Padilla and Estela Lebron

Plaintiff(s),

v.

John Yoo

Defendant(s). /

**CASE NO.** C08-35 MEJ

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Jonathan M. Freiman, an active member in good standing of the bar of the U.S.D.C. for the District of Connecticut, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Jose Padilla and Estela Lebron in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;
2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Natalie L. Bridgeman, Esq., 131 Steuart Street, Suite 400
San Francisco, CA 94105 (415) 979-0150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2008

Jonathan M. Freiman