JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY H. MASON
Senior Trial Attorney
GLENN S. GREENE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Jose Padilla and Estela Lebron, ) | CASE NO.: CV 08-0035 MEJ |
| Plaintiffs, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| John Yoo, ) | |
| Defendant. ) | |

    PLEASE TAKE NOTICE that, pursuant to Local Rule 11-2, the undersigned hereby appears as counsel for John Yoo, the named defendant in the above-captioned matter. Please direct copies of all orders and other correspondence to the undersigned at the address provided with this notice.

Notice of Appearance

Dated: February 27, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

TIMOTHY P. GARREN
Director, Torts Branch

MARY H. MASON
Senior Trial Attorney

 /S/ Glenn S. Greene
GLENN S. GREENE
Trial Attorney, Torts Branch
Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
*Attorneys for John Yoo*