UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jose Padilla and Estela Lebron,

        Plaintiff(s),

    v.

John Yoo,

        Defendant(s).

No. C V 08-0035 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2/27/08

Signature _____

Counsel for Defendant John Yoo
(Plaintiff, Defendant, or indicate "pro se")