JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY H. MASON
Senior Trial Attorney
GLENN S. GREENE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Jose Padilla and Estela Lebron,<br><br>Plaintiffs,<br><br>v.<br><br>John Yoo,<br><br>Defendant. | CASE NO.: CV 08-0035 MEJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Certification of Interested Entities or Persons

Dated: February 27, 2008

                          Respectfully submitted,

                          JEFFREY S. BUCHOLTZ
                          Acting Assistant Attorney General

                          C. FREDERICK BECKNER III
                          Deputy Assistant Attorney General

                          TIMOTHY P. GARREN
                          Director, Torts Branch

                          MARY H. MASON
                          Senior Trial Attorney

                          /S/ Glenn S. Greene
                          GLENN S. GREENE
                          Trial Attorney, Torts Branch
                          Civil Division
                          United States Department of Justice
                          P.O. Box 7146
                          Ben Franklin Station
                          Washington, D.C. 20044
                          Telephone:(202) 616-4143
                          Facsimile: (202) 616-4314
                          *Attorneys for John Yoo*

Certification of Interested Entities or Persons

                          2