```
JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY H. MASON
Senior Trial Attorney
GLENN S. GREENE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov
```

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Jose Padilla and Estela Lebron, | CASE NO.: CV 08-0035 MEJ |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| John Yoo, | |
| Defendant. | |

Pursuant to Civil L.R. 6-1(a), the parties hereby stipulate to extend the time for Defendant John Yoo to respond to the complaint in this matter to March 18, 2008.

Stipulation to Extend Time to
Respond to Complaint

Dated: February 29, 2008

/S/
Glenn S. Greene
Counsel for John Yoo

/S/
Jonathan M. Freiman
Counsel for Jose Padilla and Estela Lebron

Stipulation to Extend Time to Respond to Complaint

Dated: February 29, 2008

/S/
Glenn S. Greene
Counsel for John Yoo

/S/
Jonathan M. Freiman
Counsel for Jose Padilla and Estela Lebron

Stipulation to Extend Time to
Respond to Complaint

3