JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Attorney
GLENN S. GREENE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> JOHN YOO, ) <br> ) <br> DEFENDANT. ) <br> ) <br> ) | CASE NO.: C 08-00035 JSW <br><br> **PROPOSED ORDER**: **STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

Pursuant to the stipulation of the parties, it is hereby ORDERED:

- On or before April 1, 2008, Defendant Yoo will file a dispositive motion to the Complaint.
- On or before June 2, 2008, the plaintiffs will file a response to Defendant Yoo's dispositive motion.
- On or before July 2, 2008, Defendant Yoo will file a reply to the plaintiffs' response.
- The case management conference currently scheduled for April 18, 2008, will be continued until sixty (60) days after the Court decides Defendant Yoo's dispositive motion. The deadlines associated with the case management conference, as imposed by Federal Rules of Civil Procedure 26(a)(1) and 26(f), Civil Local Rules 16-8, 16-9, and 16-10, ADR Local Rule 3-5, and this Court in its Order Setting Case Management Conference, will be continued accordingly.

_____
Judge Jeffrey S. Lewis
United States District Court for the
Northern District of California

Dated:_____