1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  C. FREDERICK BECKNER III
   Deputy Assistant Attorney General
3  TIMOTHY P. GARREN
   Director, Torts Branch
4  MARY HAMPTON MASON
   Senior Trial Attorney
5  GLENN S. GREENE
6  Trial Attorney
   Torts Branch, Civil Division
7  United States Department of Justice
   P.O. Box 7146
8  Ben Franklin Station
   Washington, D.C. 20044
9  Telephone:(202) 616-4143
   Facsimile: (202) 616-4314
10 glenn.greene@usdoj.gov

11
   Attorneys for Defendant John Yoo
12

                    UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
14

15 JOSE PADILLA AND ESTELA LEBRON,    )    CASE NO.: C 08-00035 JSW
                                       )
16         PLAINTIFFS,                 )    ~~PROPOSED~~ **ORDER**:
                                       )    **STIPULATED REQUEST**
17              v.                     )    **FOR AN ORDER**
                                       )    **CONTINUING**
18                                     )    **CASE MANAGEMENT**
   JOHN YOO,                           )    **CONFERENCE AND**
19                                     )    **ASSOCIATED DEADLINES**
           DEFENDANT.                  )
20                                     )
                                       )
21 _____)

22

23

24

25

26

27

28

Pursuant to the stipulation of the parties, it is hereby ORDERED:

- On or before April 1, 2008, Defendant Yoo will file a dispositive motion to the Complaint.
- On or before June 2, 2008, the plaintiffs will file a response to Defendant Yoo's dispositive motion.
- On or before July 2, 2008, Defendant Yoo will file a reply to the plaintiffs' response.
- The case management conference currently scheduled for April 18, 2008, will be continued until sixty (60) days after the Court decides Defendant Yoo's dispositive motion. The deadlines associated with the case management conference, as imposed by Federal Rules of Civil Procedure 26(a)(1) and 26(f), Civil Local Rules 16-8, 16-9, and 16-10, ADR Local Rule 3-5, and this Court in its Order Setting Case Management Conference, will be continued accordingly.

_____
Judge Jeffrey S. ~~Lewis~~ White
United States District Court for the
Northern District of California

Dated: March 12, 2008

The parties' stipulated schedule is HEREBY APPROVED. The dispositive motion hearing date is SET for August 9, 2008 at 9:00 a.m. The Case Management Conference is RESET for September 5, 2008 at 1:30 p.m. and the parties' joint case management statemement shall be filed by no later than August 29, 2008.

2