UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE PADILLA

        Plaintiff(s),                       No. C 08-00035 JSW

  v.                                      **CLERK'S NOTICE**

JOHN YOO

        Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **August 8, 2008,** at **9:00 a.m.**, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Dispositive Motion, if any previously scheduled for August 9, 2008\*\*, in this matter.

\*\*August 9, 2008 falls on a Saturday, therefore the motion placeholder will be Friday, August 8, 2008.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____*Jennifer Ottolini*_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated: March 13, 2008