JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Attorney
GLENN S. GREENE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> JOHN YOO, ) <br> ) <br> DEFENDANT. ) <br> _____ ) | CASE NO.: C 08-00035 JSW <br><br> **CONSENT MOTION TO ENLARGE PAGE LIMITS** |

Pursuant to Civil Local Rule 7-11, Defendant Yoo, through his counsel, moves for an order enlarging the page limits for briefs in support, opposition, and reply to a motion that would otherwise be applicable under this Court's Civil Standing Orders. In support of this motion, Defendant Yoo states the following:

1.  The Complaint in this matter was filed on January 4, 2008. Plaintiffs seek relief related to or arising out of plaintiff Jose Padilla's former military detention and interrogation as

MOTION TO ENLARGE PAGE LIMITS

an "enemy combatant."

2. The defendant is John Yoo, a former federal government official, who is sued in his individual capacity for both equitable and monetary relief.

3. Plaintiffs assert claims against Defendant Yoo in which they allege violations of numerous constitutional rights and of the Religious Freedom Restoration Act.

4. To respond to Plaintiffs' Complaint, Defendant Yoo will file a motion to dismiss that will address the threshold legal issues that Defendant Yoo believes will be dispositive of all of Plaintiffs' claims or at least serve to narrow the issues presented by the Complaint, thereby promoting the goal of securing the just, speedy, and inexpensive resolution of this matter.

5. Pursuant to this Court's Civil Standing Orders, a brief in support of, or in opposition or reply to Defendant Yoo's motion to dismiss may not exceed 15 double-spaced pages unless an exception is granted by the Court.

6. Defendant Yoo is near the conclusion of drafting his motion to dismiss and has determined that fully addressing each of the grounds for dismissing each claim will require more than the 15 double-spaced pages allowed by this Court's Standing Orders. This is necessary because Plaintiffs' Complaint asserts violations of at least nine constitutional and/or statutory rights over a period of nearly four years. The Complaint raises claims similar to those raised by the petition for a writ of habeas corpus previously filed by Padilla and heard by two federal district courts and two federal courts of appeal. The claims are also similar to those raised in a civil suit Plaintiffs filed in February 2007 in the United States District Court for the District of South Carolina in which they seek to hold twelve named and numerous unnamed current and former government officials personally liable for Padilla's designation, subsequent military detention, and interrogation as an enemy combatant.

7. Plaintiffs' Complaint raises important and fundamental questions that implicate, among other things, matters of Executive Branch authority and decisionmaking during a time of war, national security, foreign policy, separation-of-powers principles, and the protection of individual constitutional rights.

8. Defendant Yoo's motion to dismiss will assert numerous and alternative bases for the dismissal of all of Plaintiffs' claims. Plaintiffs, in turn, will have to address each of these bases in their response to the motion to dismiss.

9. Accordingly, Defendant Yoo respectfully requests that:

    a. the page limit for the brief in support of Defendant Yoo's motion to dismiss be enlarged to fifty (50) pages;[1]

    b. the page limit for the brief in opposition to Defendant Yoo's motion to dismiss be enlarged to fifty (50) pages;

    c. the page limit for Defendant Yoo's reply brief be enlarged to twenty (20) pages.

10. Counsel for Defendant Yoo has conferred with counsel for Plaintiffs and has been informed that Plaintiffs consent to the requested enlargements. A stipulated request and order are attached.

Dated: March 17, 2008

                                          Respectfully submitted,

                                          /S/
                                          Glenn S. Greene
                                          Counsel for John Yoo

---

[1] In the similar case filed in the District of South Carolina, the court granted the defendants' unopposed motion to exceed the applicable page limitations for a motion to dismiss and allowed the defendants sixty-five (65) pages.