JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Attorney
GLENN S. GREENE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON,<br><br>PLAINTIFFS,<br><br>v.<br><br>JOHN YOO,<br><br>DEFENDANT. | CASE NO.: C 08-00035 JSW<br><br>**STIPULATED REQUEST FOR AN ORDER ENLARGING PAGE LIMITS** |

Pursuant to Civil Local Rules 7-11 and 7-12, the parties to the above captioned action, through their respective counsel, stipulate to this request for an order enlarging the page limits for briefs in support, opposition, or reply to a motion that would otherwise be applicable under this Court's Civil Standing Orders. In support of this stipulated request, the parties, through their respective counsel, state the following:

1. The Complaint in this matter was filed on January 4, 2008. Plaintiffs seek relief related to or arising out of plaintiff Jose Padilla's former military detention and interrogation as an "enemy combatant."

2. The defendant is John Yoo, a former federal government official, who is sued in his individual capacity for both equitable and monetary relief.

3. Plaintiffs assert claims against Defendant Yoo in which they allege violations of numerous constitutional rights and of the Religious Freedom Restoration Act.

4. To respond to Plaintiffs' Complaint, Defendant Yoo will file a motion to dismiss that will address the threshold legal issues that Defendant Yoo believes will be dispositive of all of Plaintiffs' claims or at least serve to narrow the issues presented by the Complaint, thereby promoting the goal of securing the just, speedy, and inexpensive resolution of this matter.

5. Pursuant to this Court's Civil Standing Orders, the brief in support of Defendant Yoo's motion to dismiss may not exceed 15 double-spaced pages unless an exception is granted by the Court.

6. Defendant Yoo is near the conclusion of drafting his motion to dismiss and has determined that fully addressing each of the grounds for dismissing each of Plaintiffs' claims will require more than the 15 double-spaced pages allowed by this Court's Civil Standing Orders. Defendant Yoo's motion to dismiss will assert numerous and alternative bases for the dismissal of all of Plaintiffs' claims.

7. Plaintiffs, in turn, will have to address each of these bases in their response to Defendant Yoo's motion to dismiss. Pursuant to this Court's Civil Standing Orders, a brief in opposition to Defendant Yoo's motion to dismiss may not exceed 15 double-spaced pages unless an exception is granted by the Court.

8. Accordingly, the parties have stipulated, subject to the approval of the Court, to the following:

    a. the page limit for the brief in support of Defendant Yoo's motion to dismiss will be enlarged to fifty (50) pages;

    b. the page limit for the brief in opposition to Defendant Yoo's motion to dismiss will be enlarged to fifty (50) pages;

    c. the page limit for Defendant Yoo's reply brief will be enlarged to twenty (20) pages.

Dated: March 17, 2008

Respectfully submitted,

/S/
Glenn S. Greene
Counsel for John Yoo


/S/
Jonathan M. Freiman, *pro hac vice*
Counsel for Jose Padilla and Estela Lebron

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/
Glenn S. Greene
Counsel for John Yoo


PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
Judge Jeffrey S. Lewis
United States District Court for the
Northern District of California

Dated:_____