1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  C. FREDERICK BECKNER III
   Deputy Assistant Attorney General
3  TIMOTHY P. GARREN
   Director, Torts Branch
4  MARY HAMPTON MASON
   Senior Trial Attorney
5  GLENN S. GREENE
   Trial Attorney
6  Torts Branch, Civil Division
   United States Department of Justice
7  P.O. Box 7146
   Ben Franklin Station
8  Washington, D.C. 20044
   Telephone:(202) 616-4143
9  Facsimile: (202) 616-4314
   glenn.greene@usdoj.gov
10

11 Attorneys for Defendant John Yoo

12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
14

15 JOSE PADILLA AND ESTELA LEBRON,    )    CASE NO.: C 08-00035 JSW
                                      )
16        PLAINTIFFS,                 )    **ORDER:**
                                      )    **STIPULATED REQUEST**
17             v.                     )    **FOR AN ORDER**
                                      )    **ENLARGING**
18 JOHN YOO,                          )    **PAGE LIMITS**
                                      )
19        DEFENDANT.                  )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22

23

24

25

26

27
                                          ORDER:
28                                        STIPULATED REQUEST FOR AN
                                          ORDER ENLARGING PAGE LIMITS

Pursuant to the stipulation of the parties, it is hereby ORDERED:

- The page limit for the brief in support of Defendant Yoo's motion to dismiss will be enlarged to fifty (50) pages.

- The page limit for the brief in opposition to Defendant Yoo's motion to dismiss will be enlarged to fifty (50) pages;

- The page limit for Defendant Yoo's reply brief will be enlarged to twenty (20) pages.

_____

Judge Jeffrey S. Lewis
United States District Court for the
Northern District of California

Dated:_____