JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Attorney
GLENN S. GREENE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, ) | CASE NO.: C 08-00035 JSW |
| ) | |
| PLAINTIFFS, ) | **ORDER:** |
| ) | **STIPULATED REQUEST** |
| v. ) | **FOR AN ORDER** |
| ) | **ENLARGING** |
| JOHN YOO, ) | **PAGE LIMITS** |
| ) | |
| DEFENDANT. ) | |
| ) | |
| ) | |

Pursuant to the stipulation of the parties, it is hereby ORDERED:

- The page limit for the brief in support of Defendant Yoo's motion to dismiss will be enlarged to fifty (50) pages.
- The page limit for the brief in opposition to Defendant Yoo's motion to dismiss will be enlarged to fifty (50) pages;
- The page limit for Defendant Yoo's reply brief will be enlarged to twenty (20) pages.

_____
Judge Jeffrey S. Lewis
United States District Court for the
Northern District of California

Dated: ___March 18, 2008___