Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Jose Padilla and Estella Lebron

           Plaintiff(s),

    v.

John Yoo

           Defendant(s).

CASE NO. 3:08-cv-00035-JSW

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Hope R. Metcalf, an active member in good standing of the bar of New York and Connecticut, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Natalie Bridgeman, Esq., International Human Rights Counsel,
131 Steuart Street, Suite 400, San Francisco, CA 9410, 415.979.0150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/2/08