UNITED STATES DISTRICT COURT

Northern District of California

Jose Padilla and Estela Lebron

                Plaintiff(s),

  v.

John Yoo

                Defendant(s).

CASE NO. C08-35 MEJ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Jonathan M. Freiman, an active member in good standing of the bar of the U.S.D.C. for the District of Connecticut whose business address and telephone number (particular court to which applicant is admitted) is

    Senior Schell Fellow
    Yale Law School
    P.O. Box 208215
    New Haven, CT  06520-8215
    (203) 498-4584

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAR 3 1 2008

                        Jeffrey S. White
                        United States ~~Magistrate~~ Judge