UNITED STATES DISTRICT COURT

Northern District of California

Jose Padilla and Estella Lebron

CASE NO. 3:08-cv-00035-JSW

Plaintiff(s),

v.

John Yoo

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Hope R. Metcalf , an active member in good standing of the bar of New York and Connecticut whose business address and telephone number (particular court to which applicant is admitted) is

127 Wall Street
New Haven, CT  06520-9090
(203) 432-9404

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~ggg~~  MAR 3 1 2008

*Jeffrey S. White*
United States ~~Magistrate~~ Judge