JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Attorney
GLENN S. GREENE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> JOHN YOO, ) <br> ) <br> DEFENDANT. ) <br> ) <br> ) | CASE NO.: C 08-00035 JSW <br><br> **ORDER:** <br> **DEFENDANT JOHN YOO'S** <br> **MOTION TO DISMISS** |

1
2   The Court, having considered Defendant John Yoo's Motion to Dismiss and the Brief in
3   Support Thereof, hereby ORDERS that:
4   Defendant Yoo's motion is **GRANTED**.
5
6
7   _____
8   Judge Jeffrey S. White
    United States District Court for the
9   Northern District of California
10  Dated:_____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    2