NATALIE L. BRIDGEMAN, State Bar No. 223717
Law Offices of Natalie L. Bridgeman, Esq.
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 979-0150
Facsimile: (415) 520-0140
Email: natalie@ihrlaw.com

JONATHAN M. FREIMAN (*pro hac vice*)
HOPE R. METCALF (*pro hac vice*)
National Litigation Project
Lowenstein International Human Rights Clinic
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
Telephone: (203) 498-4584
Facsimile: (203) 782-2889
Email: jonathan.freiman@yale.edu

Attorneys for Jose Padilla and Estela Lebron, Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, <br><br> PLAINTIFFS, <br><br> v. <br><br><br> JOHN YOO, <br><br> DEFENDANT. | CASE NO.: C 08-00035 JSW <br><br> **STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

Pursuant to Civil Local Rule 6-2 and 7-12, the parties to the above captioned action, through their respective counsel, stipulate to this request for an order: (1) modifying the schedule presented in the parties' Match 12 stipulated request, in order to provide for the filing of an amended complaint and a revised response thereto; and (2) continuing the case management conference in this matter until 60 days after the Court decides any revised dispositive motion filed by Defendant John Yoo in response to Plaintiffs' amended complaint. The deadlines associated with the case management conference, as imposed by Federal Rules of Civil Procedure 26(a)(1) and 26(f), Civil Local Rule 16-8, 16-9, and 16-10, ADR Local Rule 3-5, and this Court in its Order Setting Case Management Conference would be continued accordingly.

In support of this stipulated request, the parties, through their respective counsel, state the following facts:

1. The complaint in this matter was filed on January 4, 2008.

2. On March 13, 2008, this Court granted the parties' Stipulated Request for an Order Continuing the Case Management Conference and Associated Deadlines, in which the parties agreed to certain deadlines.

3. In accordance with the stipulated deadlines, Defendant filed a Motion to Dismiss the Complaint on April 1, 2008.

4. In the five months since the Plaintiffs filed the Complaint, a significant quantity of information related to this civil action has come to light. Because Plaintiffs believe that this information directly affects several of the legal arguments advanced in Defendant's motion to dismiss, the Plaintiffs intend to file an amended complaint on or before June 2, 2008.

5. In light of Plaintiffs' plan to amend, Defendant expects to file a revised motion to dismiss, for which Defendant may need more time than is provided for by Civil Local Rule 7-3.

6.      Accordingly, subject to the approval of the Court, the parties stipulate to the following modification of the schedule presented in the parties' March 12 stipulated request:

    a. The Plaintiffs shall file an amended complaint on or before June 2, 2008.

    b. The Defendant shall respond to the operative complaint within 60 days;

    c. The Plaintiffs' opposition to the Defendant's response will be due within 60 days of the filing of the Defendant's response;

    d. The Defendant's reply brief will be due within 30 days of the filing of the Plaintiffs' opposition.

    e. The case management conference will be continued until sixty (60) days after the Court decides Defendant's dispositive motion on the operative complaint. The deadlines associated with the case management conference, as imposed by Federal Rules of Civil Procedure 26(a)(1) and 26(f), Civil L.R. 16-8, 16-9, and 16-10, ADR L.R. 3-5, and this Court in its Order Setting Case Management Conference, would be continued accordingly.

Dated May 1, 2008

Respectfully submitted,

_____ 5/1/08
Glenn S. Greene
Counsel for John Yoo

_____ 5/1/08
Jonathan M. Freiman *(pro hac vice)*
Counsel for Jose Padilla and Estela Lebron

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____

Judge Jeffrey S. White
United States District Court for the Northern District of California

Dated:_____

NATALIE L. BRIDGEMAN, State Bar No. 223717
Law Offices of Natalie L. Bridgeman, Esq.
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:  (415) 979-0150
Facsimile:  (415) 520-0140
Email: natalie@ihrlaw.com

JONATHAN M. FREIMAN (*pro hac vice*)
HOPE R. METCALF (*pro hac vice*)
National Litigation Project
Lowenstein International Human Rights Clinic
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
Telephone: (203) 498-4584
Facsimile: (203) 782-2889
Email: jonathan.freiman@yale.edu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, )<br>  )<br>PLAINTIFFS, )<br>  )<br>v. )<br>  )<br>  )<br>  )<br>JOHN YOO, )<br>  )<br>DEFENDANT. )<br>_____ ) | CASE NO.: C 08-00035 JSW<br><br>**PROPOSED ORDER: STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

Pursuant to the stipulation of the parties, it is hereby ORDERED:

- The Plaintiffs shall file an amended complaint on or before June 2, 2008.
- The Defendant shall respond to the operative complaint within 60 days;
- The Plaintiffs' opposition to the Defendant's response will be due within 60 days of the filing of the Defendant's response;
- The Defendant's reply brief will be due within 30 days of the filing of the Plaintiffs' opposition.
- The case management conference will be continued until sixty (60) days after the Court decides Defendant's dispositive motion on the operative complaint. The deadlines associated with the case management conference, as imposed by Federal Rules of Civil Procedure 26(a)(1) and 26(f), Civil L.R. 16-8, 16-9, and 16-10, ADR L.R. 3-5, and this Court in its Order Setting Case Management Conference, shall be continued accordingly.

_____
Judge Jeffrey S. White
United States District Court for the
Northern District of California

Dated:_____