NATALIE L. BRIDGEMAN, State Bar No. 223717
Law Offices of Natalie L. Bridgeman, Esq.
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:  (415) 979-0150
Facsimile:  (415) 520-0140
Email: natalie@ihrlaw.com

JONATHAN M. FREIMAN (*pro hac vice*)
HOPE R. METCALF (*pro hac vice*)
National Litigation Project
Lowenstein International Human Rights Clinic
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
Telephone: (203) 498-4584
Facsimile: (203) 782-2889
Email: jonathan.freiman@yale.edu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSE PADILLA AND ESTELA LEBRON, | ) | CASE NO.: C 08-00035 JSW |
| | ) | |
| PLAINTIFFS, | ) | ~~PROPOSED~~ ORDER: **STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| JOHN YOO, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties, it is hereby ORDERED:

- The Plaintiffs shall file an amended complaint on or before June 2, 2008.
- The Defendant shall respond to the operative complaint within 60 days;
- The Plaintiffs' opposition to the Defendant's response will be due within 60 days of the filing of the Defendant's response;
- The Defendant's reply brief will be due within 30 days of the filing of the Plaintiffs' opposition.
- The case management conference will be continued until sixty (60) days after the Court decides Defendant's dispositive motion on the operative complaint. The deadlines associated with the case management conference, as imposed by Federal Rules of Civil Procedure 26(a)(1) and 26(f), Civil L.R. 16-8, 16-9, and 16-10, ADR L.R. 3-5, and this Court in its Order Setting Case Management Conference, shall be continued accordingly.

_____
Judge Jeffrey S. White
United States District Court for the
Northern District of California

Dated:  May 5, 2008