# Exhibit O







MCI0035 - 5.When Detainee Entered or Released from ISO 6/22/2002/01



