UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Jose Padilla and Estela Lebron, | : | **CASE NO.:** 3:08-cv-00035-JSW |
| | : | |
| v. | : | |
| | : | |
| John Yoo, | : | |

### INDEX OF EXHIBITS TO FIRST AMENDED COMPLAINT

| | |
|---|---|
| Exhibit A | Draft Memorandum to Department of Defense General Counsel William Haynes re *Application of Treaties and Laws to al Qaeda and Taliban Detainees* (Jan. 9, 2002). |
| Exhibit B | Memorandum to White House Counsel Alberto Gonzales re *Application of Treaties and Laws to al Qaeda and Taliban Detainees* (Jan. 22, 2002). |
| Exhibit C | Memorandum to Department of Defense General Counsel William Haynes re *Potential Legal Constraints Applicable to Interrogations of Persons Captured by U.S. Armed Forces in Afghanistan* (Feb. 26, 2002). |
| Exhibit D | Memorandum to White House Counsel Alberto Gonzales re *Standards of Conduct for Interrogation under 18 U.S.C. §§ 2340-2340A* (Aug. 1, 2002). |
| Exhibit E | Memorandum to Department of Defense General Counsel William Haynes re *Military Interrogation of Alien Unlawful Combatants Held Outside the United States* (Mar. 14, 2003). |
| Exhibit F | Approved Memorandum from Department of Defense General Counsel William Haynes to Secretary of Defense Donald Rumsfeld recommending approval of additional counter-resistance techniques (Nov. 27, 2002). |
| Exhibit G | Alberto J. Mora, *Memorandum for Inspector General, Department of the Navy* (July 7, 2004). |
| Exhibit H | FBI Memorandum re Legal Analysis of Interrogation Techniques (Nov. 27, 2002). |
| Exhibit I | Detention of Enemy Combatants in the War on Terror, Remarks of White House Counsel Alberto Gonzales to American Bar Association, Standing Committee on Law and National Security (Feb. 4, 2004), *reproduced in* 50 Cong. Rec. S2702-05 (2004). |
| Exhibit J | Executive Order (June 9, 2002), declaring Mr. Padilla to be an "enemy combatant" and directing the Secretary of Defense to take Mr. Padilla into military custody. |
| Exhibit K | Declaration of Michael H. Mobbs, Special Advisor to the Undersecretary of Defense for Policy, to the United States District Court for the Southern District of New York (Aug. 27, 2002), regarding Mr. Mobbs' knowledge of the circumstances surrounding Mr. Padilla's detention as an "enemy combatant." |
| Exhibit L | Report of the Working Group on Detainee Interrogations in the Global War on Terrorism (Apr. 1, 2003). |
| Exhibit M | Memorandum from Secretary of Defense Donald Rumsfeld to the Commander, U.S. Southern Command authorizing specific interrogation techniques (Apr. 16, 2003). |
| Exhibit N | Draft Report of the Working Group on Detainee Interrogations in the Global War on Terrorism (Mar. 6, 2003). |

| | |
|---|---|
| Exhibit O | Photographs of conditions under which Mr. Padilla was transported from his cell to a dental appointment on the Brig, entered as exhibits to the Motion to Dismiss for Outrageous Governmental Conduct in Mr. Padilla's criminal trial in the Southern District of Florida (Oct. 5, 2006). |
| Exhibit P | Vice Admiral Church, Brief to the Secretary of Defense on Treatment of Enemy Combatants Detained at Naval Station Guantanamo Bay, Cuba, and Naval Consolidated Brig, Charleston (May 11, 2004). |