GREGORY G. KATSAS
Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel
GLENN S. GREENE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSE PADILLA AND ESTELA LEBRON, | ) | CASE NO.: 3:08-cv-00035 JSW |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | **OF SARAH WHITMAN** |
| | ) | |
| JOHN YOO, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

        PLEASE TAKE NOTICE that, pursuant to Local Rule 11-2, Sarah Whitman hereby

enters her appearance in this matter as counsel for Defendant John Yoo.  Please

direct copies of all orders and other correspondence to the undersigned at the address provided

with this notice.

NOTICE OF APPEARANCE
C 08-00035 JSW

1    Dated: August 1, 2008

2                                            Respectfully submitted,

3                                            GREGORY G. KATSAS
                                             Assistant Attorney General
4
                                             C. FREDERICK BECKNER III
5                                            Deputy Assistant Attorney General

6                                            TIMOTHY P. GARREN
                                             Director Torts Branch
7                                            Civil Division

8                                            MARY HAMPTON MASON
                                             Senior Trial Counsel
9
                                             GLENN S. GREENE
10                                           Trial Attorney

11                                            /S/ Sarah Whitman
                                             SARAH WHITMAN
12                                           Trial Attorney
                                             United States Department of Justice
13                                           Torts Branch, Civil Division
                                             P.O. Box 7146
14                                           Ben Franklin Station
                                             Washington, DC 20044
15                                           Telephone:  (202) 616-0089
                                             Facsimile:   (202) 616-4314
16                                           E-mail: sarah.whitman@usdoj.gov

17                                           *Attorneys for Defendant John Yoo*

18

19

20

21

22

23

24

25

26

27
                                                     NOTICE OF APPEARANCE
28                                                   C 08-00035 JSW