1  GREGORY G. KATSAS
   Assistant Attorney General
2  C. FREDERICK BECKNER III
   Deputy Assistant Attorney General
3  TIMOTHY P. GARREN
   Director, Torts Branch
4  MARY HAMPTON MASON
   Senior Trial Counsel
5  GLENN S. GREENE
   SARAH WHITMAN
6  Trial Attorneys
   Torts Branch, Civil Division
7  United States Department of Justice
   P.O. Box 7146
8  Ben Franklin Station
   Washington, D.C. 20044
9  Telephone:(202) 616-4143
   Facsimile: (202) 616-4314
10 glenn.greene@usdoj.gov

11 Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON,<br><br>PLAINTIFFS,<br><br>v.<br><br>JOHN YOO,<br><br>DEFENDANT. | CASE NO.: C 08-00035 JSW<br><br>**ORDER:**<br>**DEFENDANT JOHN YOO'S**<br>**MOTION TO DISMISS** |

1
2    The Court, having considered Defendant John Yoo's Motion to Dismiss and the Brief in
3    Support Thereof, hereby ORDERS that:
4        Defendant Yoo's motion is **GRANTED**.
5
6
7    _____
8    Judge Jeffrey S. White
     United States District Court for the
9    Northern District of California

10   Dated:_____
11
12
...
28                           2