NATALIE L. BRIDGEMAN, State Bar No. 223717
Law Offices of Natalie L. Bridgeman, Esq.
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:  (415) 979-0150
Facsimile:  (415) 520-0140
Email: natalie@ihrlaw.com

JONATHAN M. FREIMAN (*pro hac vice*)
HOPE R. METCALF (*pro hac vice*)
P.O. Box 208215
New Haven, CT 06520-8215
Telephone: (203) 498-4584
Facsimile: (203) 782-2889
Email: jonathan.freiman@yale.edu

Attorneys for Jose Padilla and Estela Lebron, Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON,  )<br>   )<br>PLAINTIFFS,   )<br>   )<br>   v.   )<br>   )<br>   )<br>   )<br>JOHN YOO,   )<br>   )<br>DEFENDANT.   )<br>_____ ) | CASE NO.: C 08-00035 JSW<br><br>**STIPULATED REQUEST FOR AN ORDER MODIFYING BRIEFING SCHEDULE** AND ORDER THEREON |

Pursuant to Civil Local Rule 6-2 and 7-12, both parties stipulate to this request for an order modifying the briefing schedule on the motion to dismiss set by the parties' May 5 stipulated request.

In support of this stipulated request, the parties, through their respective counsel, state the following facts:

1. On May 5, 2008, this Court granted the parties' Stipulated Request for an Order Continuing the Case Management Conference and Associated Deadlines, in which the parties agreed to certain deadlines.

2. The Plaintiffs filed an Amended Complaint on June 2, 2008.

3. The Defendant filed a Motion to Dismiss the Amended Complaint on August 1, 2008.

4. Counsel for Plaintiffs have begun diligently preparing their opposition to the Motion to Dismiss, but unexpected events, including a death in one of counsel's family, has delayed completion of the opposition.

5. Accordingly, subject to the approval of the Court, the parties stipulate to the following modification of the schedule presented in the parties' May 5 stipulated request:

    a. The Plaintiffs shall respond to the Defendant's motion to dismiss on or before October 17, 2008.

    b. The Defendant's reply brief will be due within 30 days of the filing of the Plaintiffs' opposition.

Dated September 24, 2008

Respectfully submitted,

                                                /s/

Glenn S. Greene
Counsel for John Yoo


                                                /s/

Jonathan M. Freiman *(pro hac vice)*
Counsel for Jose Padilla and Estela Lebron


PURSUANT TO STIPULATION, IT IS SO ORDERED

The briefing schedule is amended as stipulated. The hearing is CONTINUED from December 5, 2008 at 9:00 a.m. to January 30, 2009 at 9:00 a.m.

_/s/ Jeffrey S. White_
Judge Jeffrey S. White
United States District Court for the Northern District of California


Dated: September 24, 2008