```
 1  GREGORY G. KATSAS
    Assistant Attorney General
 2  C. FREDERICK BECKNER III
    Deputy Assistant Attorney General
 3  TIMOTHY P. GARREN
    Director, Torts Branch
 4  MARY HAMPTON MASON
    Senior Trial Counsel
 5  GLENN S. GREENE
 6  SARAH WHITMAN
    Trial Attorneys
 7  Torts Branch, Civil Division
    United States Department of Justice
 8  P.O. Box 7146
    Ben Franklin Station
 9  Washington, D.C. 20044
10  Telephone:(202) 616-4143
    Facsimile: (202) 616-4314
11  glenn.greene@usdoj.gov

12  Attorneys for Defendant John Yoo
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> JOHN YOO, ) <br> ) <br> DEFENDANT. ) <br> ) <br> ) <br> _____ ) | CASE NO.: C 08-00035 JSW <br><br> **STIPULATED REQUEST FOR AN ORDER MODIFYING BRIEFING SCHEDULE** <br><br> **AND ORDER DENYING REQUEST WITHOUT PREJUDICE** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to the above captioned action, through their respective counsel, stipulate to this request for an order modifying the briefing schedule for Defendant John Yoo's motion to dismiss. In support of this stipulated request, the parties, through their respective counsel, state the following facts:

STIPULATED REQUEST FOR AN<br>ORDER MODIFYING BRIEFING SCHEDULE

1. On September 24, 2008, the Court granted the parties' Stipulated Request for an Order Modifying Briefing Schedule, in which the parties agreed to certain deadlines.

2. Pursuant to the modified briefing schedule, the Plaintiffs responded to Defendant Yoo's Motion to Dismiss on October 17, 2008.

3. According to the modified briefing schedule, Defendant's Yoo's Reply is due November 17, 2008.

4. Counsel for Defendant Yoo has contacted counsel for Plaintiffs and requested that the date of Yoo's Reply be moved to November 26, 2008. Counsel for Plaintiffs have agreed to the request.

5. Accordingly, the parties have stipulated, subject to the approval of the Court, to the following modification of the briefing schedule:

    a. On or before November 26, 2008, Defendant Yoo will file a Reply to Plaintiffs' Opposition to Defendant Yoo's Motion to Dismiss.

Dated: November 13, 2008

                                          Respectfully submitted,

                                          /S/
                                          Glenn S. Greene
                                          Counsel for John Yoo

                                          /S/
                                          Jonathan M. Freiman, *pro hac vice*
                                          Counsel for Jose Padilla and Estela Lebron

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/
Glenn S. Greene
Counsel for John Yoo

The stipulated request is DENIED without prejudice for failure to demonstrate good cause for the extension of time.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED~~

*/s/ Jeffrey S. White*
Judge Jeffrey S. White
United States District Court for the
Northern District of California

Dated: ___ November 13, 2008

STIPULATED REQUEST FOR AN
ORDER MODIFYING BRIEFING SCHEDULE