GREGORY G. KATSAS
Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel
GLENN S. GREENE
SARAH WHITMAN
Trial Attorneys
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> JOHN YOO, ) <br> ) <br> DEFENDANT. ) <br> _____ ) | CASE NO.: C 08-00035 JSW <br><br> ~~PROPOSED~~ ORDER: <br> STIPULATED REQUEST <br> FOR AN ORDER <br> MODIFYING BRIEFING <br> SCHEDULE <br> AND AN ORDER ENLARGING <br> PAGE LIMTS |

1
2  Pursuant to the stipulation of the parties, it is hereby ORDERED:
3  •  On or before November 26, 2008, Defendant Yoo will file a Reply to
4     Plaintiffs' Opposition to Defendant Yoo's Motion to Dismiss.
5  •  The page limit for Defendant Yoo's Reply will be enlarged to twenty-five
6     (25) pages.
7
8
   _____
9  Judge Jeffrey S. White
10 United States District Court for the
   Northern District of California
11
12 Dated: November 14, 2008
13
...
28                                  2