GREGORY G. KATSAS
Assistant Attorney General
C. FREDERICK BECKNER III
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel
GLENN S. GREENE
SARAH WHITMAN
Trial Attorneys
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> JOHN YOO, ) <br> ) <br> DEFENDANT. ) <br> ) <br> _____ ) | CASE NO.: C 08-00035 JSW <br><br> **STIPULATED REQUEST FOR AN ORDER CONSOLIDATING HEARING DATES FOR MOTIONS AND FOR EXPEDITED CONSIDERATION AND ORDER THEREON** |

   Pursuant to Civil Local Rules 6-2 and 7-12, the parties to the above captioned action, through their respective counsel, stipulate to this request for an order consolidating the hearing dates for Defendant John Yoo's Motion to Dismiss and Motion for Leave to File A Motion for a

Protective Order and for Leave to File Confidential Materials Under Seal to February 6, 2009.

In support of this stipulated request, the parties, through their respective counsel, state the following facts:

1. The parties have completed briefing on Defendant John Yoo's Motion to Dismiss the First Amended Complaint in this matter. Pursuant to the Court's Order of September 24, 2008, the hearing for this motion is scheduled for January 30, 2009.

2. On November 25, 2008, Defendant Yoo filed a Motion for Leave to File A Motion for a Protective Order and for Leave to File Confidential Materials Under Seal. Plaintiffs' Opposition to this motion is due on January 16, 2009, and Defendant Yoo's Reply is due on January 23, 2009. A hearing for this motion has been calendared for February 6, 2009. At the time the motion was filed, January 30, 2009 was not an available date for a hearing.

3. The confidential materials that are the subject of the Motion for Leave to File A Motion for a Protective Order and for Leave to File Confidential Materials Under Seal are referred to by Plaintiffs in the First Amended Complaint. The motion seeks a protective order that would allow Defendant Yoo to file these materials with the Court under seal so that they can be considered in further support of the motion to dismiss.

4. Since Defendant Yoo's Motion for Leave to File A Motion for a Protective Order and for Leave to File Confidential Materials Under Seal is related to his Motion to Dismiss, it would be logical and a more efficient use of the Court's resources to hold hearings on both motions the same day. It would also be more efficient for the parties, whose counsel will be traveling from Washington, D.C. and New Haven, CT, if they could make just one trip to San Francisco to argue these related motions. Under the current schedule, the parties will be required to travel to San Francisco twice for hearings on consecutive Fridays.

5. Given the current schedule, this requested consolidation will not delay any proceedings, affect any deadlines, or prejudice the parties.

6.  Furthermore, consolidating the hearings on these two motions will facilitate the processing of a similar lawsuit filed by Plaintiffs in the U.S. District Court for the District of South Carolina in which Plaintiffs have made similar allegations in relation to the designation of Jose Padilla as an enemy combatant and his subsequent detention and treatment.  The federal defendants in that case – current and former government officials – have filed motions to dismiss Plaintiffs' claims and those motions have been fully briefed.  When the court hearing the District of South Carolina matter informed the parties that it was considering hearing argument on the motions on January 20, 2009, the federal defendants informed the court that the date was problematic and consulted with Plaintiffs to find a different date that was suitable for the parties.  The court has indicated that it would like to hear argument sometime in January (this month).  If the hearings on the pending motions in this Court are consolidated to February 6, 2009, the hearing on the pending motions in the District of South Carolina can be held during the last week of January.

7.  Because of the impact of scheduling in this case on the District of South Carolina case, the parties request expedited consideration of their request for consolidation.

8.  Accordingly, the parties have stipulated, subject to the approval of the Court, to the following:

    a.  The hearings for Defendant John Yoo's Motion to Dismiss and his Motion for Leave to File A Motion for a Protective Order and for Leave to File Confidential Materials Under Seal will be consolidated to February 6, 2009.

1  Respectfully submitted,

2                                          /S/
                                        Glenn S. Greene

3                                          Counsel for John Yoo

4

5                                          /S/
                                        Jonathan M. Freiman

6                                          Counsel for Jose Padilla and Estela Lebron

7

8  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

9                                          /S/

10                                         Glenn S. Greene
                                        Counsel for John Yoo

11

12

13

14

15 PURSUANT TO STIPULATION, IT IS SO ORDERED

16 _____
Judge Jeffrey S. White

17 United States District Court for the
Northern District of California

18

19 Dated: _January 12, 2009_

20

21

22

23

24

25

26

27

28                                         4