MICHAEL F. HERTZ
Acting Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Attorney
GLENN S. GREENE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> JOHN YOO, ) <br> ) <br> DEFENDANT. ) <br> ) <br> ) <br> _____ ) | CASE NO.: C 08-00035 JSW <br> MODIFIED <br> ~~[PROPOSED]~~ ORDER: <br> GRANTING YOO's <br> MOTION FOR <br> ADMINISTRATIVE RELIEF TO <br> CONTINUE HEARING ON <br> YOO'S MOTION <br> FOR A PROTECTIVE ORDER |

Having considered Defendant Yoo's Motion for Administrative Relief and good cause having been shown, it is hereby ORDERED:

- Defendant Yoo's Motion for Administrative Relief to Continue Hearing on Yoo's Motion for a Protective Order is GRANTED.

IT IS FURTHER ORDERED:

- The hearing on Yoo's Motion for a Protective Order and for Leave to File Confidential Materials Under Seal is re-set for 9:00 a.m. on Friday, March 6, 2009.

    The hearing on Yoo's motion to dismiss is re-set for 9:00 a.m. on Friday, March 6, 2009.

_____
Judge Jeffrey S. White
United States District Court for the
Northern District of California

Dated: January 30, 2009

ORDER:
GRANTING YOO'S MOTION FOR
ADMINISTRATIVE RELIEF TO CONTINUE HEARING
ON YOO'S MOTION FOR A PROTECTIVE ORDER
3:08-CV-00035-JSW

2