IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE PADILLA,

    Plaintiff,

v.

JOHN YOO,

    Defendant.

No. C 08-00035 JSW

**ORDER REQUIRING REPLY ON MOTION FOR A PROTECTIVE ORDER**

On January 30, 2009, this Court granted Defendant's request to continue the hearing on his motion for a protective order. The Court requires that Defendant file a reply to his motion for a protective order informing the Court of the status of his position during the continuance. The reply shall be filed by no later than Monday, March 2, 2009.

**IT IS SO ORDERED.**

Dated: February 26, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE