MICHAEL F. HERTZ
Acting Assistant Attorney General
Civil Division
TIMOTHY P. GARREN
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel
GLENN S. GREENE
SARAH WHITMAN
Trial Attorneys
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 616-4143
Facsimile: (202) 616-4314
glenn.greene@usdoj.gov

Attorneys for Defendant John Yoo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, )<br>)<br>PLAINTIFFS, )<br>)<br>)<br>)<br>v. )<br>)<br>JOHN YOO, )<br>)<br>DEFENDANT. )<br>) | CASE NO.: 3:08-cv-00035 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFFS' CLAIM FOR DECLARATORY RELIEF**<br><br>**DATE: MARCH 6, 2009**<br>**TIME: 9:00AM** |

IT IS HEREBY STIPULATED by and between the parties, by and through their attorneys of record, that Plaintiffs Jose Padilla and Estela Lebron's claims for equitable relief against Defendant John Yoo in the above-entitled action are dismissed with prejudice and without costs. Specifically, the parties hereby stipulate that Plaintiffs' Prayer For Relief ¶ 84(a), seeking declaratory relief from Defendant John Yoo, is dismissed in its entirety. This stipulation is not meant to have any effect on Plaintiffs' claim for damages, *id*. ¶ 84(b), against Defendant John Yoo.

IT IS SO STIPULATED.

Dated: February 27, 2009          /S/
                                  Glenn S. Greene
                                  Counsel for John Yoo


Dated: February 27, 2009          /S/
                                  Tahlia Townsend (*pro hac vice*)
                                  Counsel for Jose Padilla and Estela Lebron


Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Tahlia Townsend.

Dated: February 27, 2009          /S/
                                  Glenn S. Greene
                                  Counsel for John Yoo


PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Judge Jeffrey S. White
United States District Court for the
Northern District of California


Dated: __March 2, 2009__