IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE PADILLA,

    Plaintiff,

No. C 08-00035 JSW

v.

JOHN YOO,

**ORDER RE DOCUMENTS**

    Defendant.

    The Court has received the reply submitted by Defendant Yoo indicating that the motion for a protective order and for leave to file confidential materials under seal is moot as a result of the posting of the document on the Department of Justice's public website. To the extent either party wishes the Court to review additional documents not already submitted, those documents shall be filed with the Court by no later than 1:30 p.m. PST on Tuesday, March 3, 2009.

    **IT IS SO ORDERED.**

Dated: March 3, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE