1  MICHAEL F. HERTZ
   Deputy Assistant Attorney General
2  Civil Division
   TIMOTHY P. GARREN
3  Director, Torts Branch
   MARY HAMPTON MASON
4  Senior Trial Counsel
5  GLENN S. GREENE
   SARAH WHITMAN
6  Trial Attorneys
   Torts Branch, Civil Division
7  United States Department of Justice
   P.O. Box 7146
8  Ben Franklin Station
   Washington, D.C. 20044
9  Telephone:(202) 616-4143
   Facsimile: (202) 616-4314
10 glenn.greene@usdoj.gov

11
   Attorneys for Defendant John Yoo
12
                    UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
14

15 JOSE PADILLA AND ESTELA LEBRON,    )   CASE NO.: 3:08-cv-00035 JSW
                                      )
16        PLAINTIFFS,                 )   [PROPOSED] ORDER:
                                      )   GRANTING
17              v.                    )   DEFENDANT JOHN YOO'S
                                      )   STIPULATED MOTION FOR
18 JOHN YOO,                          )   ADMINISTRATIVE
                                      )   RELIEF TO
19        DEFENDANT.                  )   FILE NOTICE
                                      )   OF SUPPLEMENTAL
20                                    )   MATERIAL
                                      )
21                                    )
                                      )
22 _____)

23

24

25

26
                                                              Order:
27                                                    Defendant John Yoo's
                                         Stipulated Motion for Administrative Relief
28                                           to File Notice of Supplemental Material
                                                        3:08-cv-00035 JSW

Having considered Defendant John Yoo's Stipulated Motion for Administrative Relief and good cause having been shown, it is hereby ORDERED:

- Defendant Yoo's Stipulated Motion for Administrative Relief to File Notice of Supplemental Material is GRANTED.

_____
Judge Jeffrey S. White
United States District Court for the
Northern District of California

Dated: May 8, 2009

2

Order:
Defendant John Yoo's
Stipulated Motion for Administrative Relief
to File Notice of Supplemental Material
3:08-cv-00035 JSW