1  MICHAEL F. HERTZ
   Deputy Assistant Attorney General
2  Civil Division
   TIMOTHY P. GARREN
3  Director, Torts Branch
   MARY HAMPTON MASON
4  Senior Trial Attorney
   GLENN S. GREENE
5  SARAH WHITMAN
   Trial Attorneys
6  Torts Branch, Civil Division
   United States Department of Justice
7  P.O. Box 7146
   Ben Franklin Station
8  Washington, D.C. 20044
   Telephone:(202) 616-4143
9  Facsimile: (202) 616-4314
   glenn.greene@usdoj.gov
10

11 Attorneys for Defendant John Yoo

12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE PADILLA AND ESTELA LEBRON, | CASE NO.: C 08-00035 JSW |
| PLAINTIFFS, | [PROPOSED] ORDER: GRANTING DEFENDANT JOHN YOO'S STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY |
| v. | |
| JOHN YOO, | |
| DEFENDANT. | |

ORDER:
DEFENDANT JOHN YOO'S STIPULATED
MOTION FOR ADMINISTRATIVE RELIEF

Having considered Defendant John Yoo's Stipulated Motion for Administrative Relief to File a Notice of Supplemental Authority, it is hereby ORDERED that:

- Defendant Yoo's Stipulated Motion for Administrative Relief to File a Notice of Supplemental Authority is GRANTED.

_____
Judge Jeffrey S. White
United States District Court for the
Northern District of California

Dated: June 1, 2009