IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE PADILLA and ESTELA LEBRON,

    Plaintiffs,

  v.

JOHN YOO,

    Defendant.

No. C 08-00035 JSW

**ORDER RE CLARIFICATION OF ORDER ON DEFENDANT'S MOTION TO DISMISS**

The Court has received a notice from Plaintiffs regarding two typographical errors in the Court's order dated June 12, 2009. In response, the Court has issued the same order with the two corrections.

**IT IS SO ORDERED.**

Dated: June 18, 2009

                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE